IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION FILE NO: 1:14-CV-278

| | | |
|---|---|---|
| RYAN D. LITTLE, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPORT OF MEDIATOR** |
| | ) | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) | |
|         Defendant. | ) | |
| | ) | |

Instructions: This certificate shall be filed by the Mediator or by the Plaintiff, and served upon all parties, upon completion of the ADR process.

    I hereby certify that the parties have held an Alternate Dispute Resolution session on September 28, 2015.

    The ADR session was:

| | |
|---|---|
|  X  | Mediation Session |
| _____ | Early Neutral Evaluation |
| _____ | Session Settlement Officer |
| _____ | Other (Describe type of session). |

    The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

| | |
|---|---|
|  X  | All individual parties and their counsel. |
|  X  | Designated corporate representatives. |
| _____ | Other (Describe). |

    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____

    The outcome of the ADR session was:

_____        **The case has been completely settled.** Counsel will promptly notify the Court of settlement by the filing of a settlement agreement signed by the parties within ten (10) days of the filing

of this report.

       **The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

  X   **The Parties have reached an impasse.**

I certify that the above is a true and accurate of the result of the ADR process and that all parties of record have received a copy of this report.

THIS the 28th day of September, 2015.

                                   s/ W.O. Brazil, III
                                   W.O. Brazil, III, Bar No. 16568
                                   COGBURN & BRAZIL, P.A.
                                   Post Office Box 120
                                   Asheville, North Carolina 28802
                                   Telephone: (828) 255-5400
                                   Fax: (828) 258-8972
                                   E-mail: bbrazil@cobralawfirm.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the undersigned has this date served the Report of Mediator in the above-entitled action upon all parties to this cause by using the CM/ECF system which will send such notification of such filing to the following:

| | |
|---|---|
| Kerry R. McDonald | John S. Buford |
| krmfelalaw@bellsouth.net | jbuford@brookspierce.com |
| | |
| Brian A. Buchanan | |
| buchananbrian@bellsouth.net | |

THIS the 28th day of September, 2015.

                                   s/ W.O. Brazil, III
                                   W.O. Brazil, III, Bar No. 16568
                                   COGBURN & BRAZIL, P.A.
                                   Post Office Box 120
                                   Asheville, North Carolina 28802
                                   Telephone: (828) 255-5400
                                   Fax: (828) 258-8972
                                   E-mail: bbrazil@cobralawfirm.com