# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00278-MR-DSC

| | |
|---|---|
| RYAN D. LITTLE, | ) |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss with Prejudice [Doc. 21].

The Plaintiff moves to dismiss this action with prejudice. For the reasons stated in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 21] is **GRANTED**, and this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: November 5, 2015

Martin Reidinger
United States District Judge